[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-13981

Non-Argument Calendar

_____

JUSTIN MATTHEW WHITE,

Petitioner-Appellant,

*versus*

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:21-cv-01700-CLM

2                    Opinion of the Court                    23-13981

————————————

Before WILLIAM PRYOR, Chief Judge, and JILL PRYOR and WILSON, Circuit Judges.

PER CURIAM:

Justin White moved to stay and hold in abeyance his 28 U.S.C. § 2254 petition pending the exhaustion of a single claim in the state courts of Alabama. *See* 28 U.S.C. § 2254(b)(1)(A). The district court denied his motions and ordered him to file an amended petition deleting his unexhausted claim or face dismissal of his entire petition. He filed this interlocutory appeal challenging the district court's orders. While the appeal was pending, the Supreme Court of Alabama denied his writ of certiorari raising the claim, thus completing the State's appellate review process and rendering the claim exhausted. *Ex parte White*, SC-2024-0717 (Ala. Dec. 20, 2024) (unpublished). White now moves to dismiss his interlocutory appeal because it is moot, and the Court thus lacks jurisdiction. Because we can no longer grant White meaningful relief, his motion to dismiss is **GRANTED**, and the appeal is **DISMISSED** as moot.